```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7066
    Facsimile: (415) 436-6748
    william.skewes-cox@usdoj.gov

Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGHIEP KE LAM,<br><br>    Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>    Respondents, | CASE NO. 25-cv-09980-NW<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER TO POSTPONE HEARING AND EXTEND RESPONDENTS' EVIDENCE FILING DEADLINE |

On November 20, 2025, the Court issued an order granting Petitioner's motion for temporary restraining order and setting a hearing and briefing schedule. The Court set a hearing for November 25, 2025 at 9:30AM. (ECF No. 11).

The parties have conferred and hereby request that the Court postpone the hearing and extend Respondents' filing deadline. The parties propose that the Court reschedule the hearing to December 17, 2025. The parties propose that the Court extend the deadline for Respondents to provide evidence, specific as to Mr. Lam, that his removal to Vietnam is reasonably foreseeable, until December 5, 2025, at 5:00PM. The parties also request that the Court extend the temporary restraining order currently in place until 11:59PM on December 17, 2025, or otherwise to whichever date the Court chooses to reschedule the hearing.

| | |
|---|---|
| 1  DATED: November 21, 2025 | Respectfully submitted, |
| 2 | |
| 3 | CRAIG H. MISSAKIAN<br>United States Attorney |
| 4 | */s/ William Skewes-Cox* |
| 5 | WILLIAM SKEWES-COX<br>Special Assistant United States Attorney |
| 6 | Attorneys for Respondents |
| 8 | */s/ Christine Raymond* |
| 9 | CHRISTINE RAYMOND<br>Van Der Hout LLP |
| 10 | Attorney for Petitioner |

STIP. AND [PROPOSED] ORDER TO POSTPONE HEARING AND EXTEND DEADLINE
25-cv-09980-NW                                                                  2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the November 25, 2025, hearing is rescheduled to December 17, 2025; and that Respondents' deadline to provide evidence, specific as to Mr. Lam, that his removal to Vietnam is reasonably foreseeable, be extended to December 5, 2025, at 5:00PM. The temporary restraining order shall remain in effect until December 17, 2025, at 11:59PM.

IT IS SO ORDERED.

DATED: November 24, 2025

_____
NOËL WISE
United States District Judge