UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NGHIEP KE LAM,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 25-cv-09980-NW

**STATUS REPORT ORDER**

On December 23, 2025, the Court granted Petitioner Nghiep Ke Lam's motion for preliminary injunction and ordered the parties to "immediately inform the Court, within three court days, if there are any changes to Mr. Lam's immigration status or upcoming immigration proceedings." ECF No. 20. As of the date of this Order, the parties have not notified the Court of any changes.

Accordingly, no later than **August 26, 2026**, the parties shall file a joint status report indicating any updates to Mr. Lam's immigration status or proceedings. In addition, the Court notes that judges in this District and others have recently evaluated the merits of habeas petitions simultaneous to requests for preliminary injunctive relief. The parties shall include in their status report a statement as to why, or why not, the Court should not adopt its holding in its Order granting Mr. Lam's motion for a preliminary injunction to rule on the merits of the petition. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); *see also* 28 U.S.C. § 2243 ("The court shall summarily hear and determine the facts, and dispose of [a petitioners habeas petition] as law and justice require.").

///

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 11, 2026

Noël Wise
United States District Judge